ADOLPH SCHLOSS et al., Respondents, *v.* ABRAHAM WALLACH et al., Appellants.

(Argued April 27, 1886; decided April 30, 1886.)

*Leonard Bronner* for appellants.

*Alexander Blumenstiel* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

MICHAEL J. DADY, Respondent, *v.* THOMAS McCANN, Appellant.

(Argued April 27, 1886; decided April 30, 1886

*Nathaniel C. Moak* for appellant.

*Jesse Johnson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.